UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD BOLICH,** | : | Civil No. 3:24-CV-581 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **MARTIN O'MALLEY,**<br>**Commissioner of Social Security** | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 9th day of October 2024, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and,

2. The Clerk of Court shall **CLOSE** this case.

*s/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge